# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 21-00008 and MAGISTRATE CASE NO. 21-00115 |
| Plaintiff, | |
| vs. | |
| NATHAN EARL MCCORD BORJA, | **ORDER** |
| Defendant. | |

The above cases are scheduled to come before the court on July 6, 2021, for a continued answering on alleged violations of the Defendant's pretrial release conditions. Because the warrant of arrest issued by the court on June 22, 2021, is still outstanding, *see* Order, ECF No. 8, Criminal Case No. 21-00008, the court hereby vacates said hearings, subject to rescheduling upon arrest of the Defendant.

IT IS SO ORDERED.



/s/ Michael J. Bordallo
    **U.S. Magistrate Judge**
**Dated: Jul 01, 2021**