SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN EARL MCCORD BORJA,<br><br>Defendant. | CRIMINAL CASE NO. 21-00008<br><br>**MOTION TO VACATE TRIAL SCHEDULING ORDER AND EXCLUDE TIME PURSUANT TO 18 U.S.C. § 3161(h)(3)(A)**<br><br>*FILED UNDER SEAL* |

COMES NOW, the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court for an Order Vacating the Trial Scheduling Order issued on June 6, 2021. ECF No. 6. The Government further requests that the Defendant be declared a fugitive for purposes of excluding time under the Speedy Trial Act. The Defendant has an outstanding arrest warrant for a pretrial release violation petition that was issued by the Court on June 22, 2021. To date, the Defendant has not been apprehended. Under 18 U.S.C. § 3161(h)(3)(A), "[a]ny period of delay resulting from the absence or unavailability of the defendant" is considered excludable time. Under this subsection, a defendant is "considered absent when his whereabouts are unknown, and, in addition, he is attempting to avoid

apprehension or prosecution or his whereabouts cannot be determined by due diligence." 18 U.S.C. § 3163(h)(3)(B). A defendant is "considered unavailable whenever his whereabouts are known but his presence for trial cannot be obtained by due diligence or he resists appearing at or being returned for trial. Despite efforts by federal law enforcement to apprehend the Defendant, he remains at large. Therefore, the Government respectfully requests that the Court vacate the current trial scheduling order and exclude the time from the issuance of the warrant until such time as the Defendant is apprehended from the Speedy Trial Clock. *See United States v. Sandoval*, 990 F.2d 481, 484 (9th Cir. 1993) ("'[A] true fugitive, whose location is unknown, or who is successfully resisting government efforts to bring him into the jurisdiction, will not be able to obtain dismissal of an indictment. This is as it should be. Otherwise, the courts would be sanctioning the playing of games by fugitives.'") (quoting *United States v. Salzmann*, 548 F.2d 395, 404 (2d Cir. 1976) (Feinberg, J., concurring)).

For the reasons set forth above and for good cause shown, the United States requests that this Court vacate the trial scheduling order until the Defendant is apprehended and declare the Defendant a fugitive for the purposes of excluding time under the Speedy Trial Act.

RESPECTFULLY SUBMITTED this 19th day of July, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
LAURA C. SAMBATARO
Assistant U.S. Attorney

Motion to Vacate Trial
Scheduling Order & Exclude Time
Pursuant to 18 U.S.C. § 3161(h)(3)(A) - 2