SHAWN N. ANDERSON
United States Attorney
LAURA C. SAMBATARO
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NATHAN EARL MCCORD BORJA, <br><br> Defendant. | CRIMINAL CASE NO. 21-00008-001 <br><br> **ORDER** <br> Granting Motion to Vacate Trial Scheduling Order and Exclude Time (ECF No. 10) |

THIS MATTER is before the court on the United States' Motion to Vacate Trial Scheduling Order and Exclude Time Pursuant to 18 U.S.C. § 3161(h)(3)(A). *See* ECF No. 10. Finding good cause, the court grants the motion and orders that the Trial Scheduling Order (ECF No. 6) is vacated. Because the Defendant is a fugitive, the court excludes the period from the issuance of the arrest warrant until the Defendant is apprehended from the Speedy Trial Act calculations. *See* 18 U.S.C. § 3161(h)(3)(A).

IT IS SO ORDERED.

/s/ Michael J. Bordallo
  U.S. Magistrate Judge
**Dated: Jul 20, 2021**